RICHARD H. HIGGINS v. HOCKING VALLEY RAILROAD COMPANY. RICHARD H. HIGGINS v. HOCKING VALLEY RAILROAD COMPANY.   DANIEL E. POMEROY v. HOCKING VALLEY RAILROAD COMPANY.— Motions granted; questions certified.   Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

DANIEL E. POMEROY v. HOCKING VALLEY RAILROAD COMPANY.   DANIEL E. POMEROY v. HOCKING VALLEY RAILROAD COMPANY.   ARTHUR WARRINER v. HOCKING VALLEY RAILROAD COMPANY.— Motions for stay granted.   Orders to be settled on notice.   Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

THE POTOMAC INSURANCE COMPANY OF THE DISTRICT OF COLUMBIA v. JOHN A. KELLY.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

CHARLES A. DANIEL v. NATIONAL SUCTION CLEANER COMPANY.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.

EMANUEL DAVID v. CITY NATIONAL SECURITIES COMPANY.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

FRANCIS A. LAZENBY, Suing, etc., v. INTERNATIONAL COTTON MILLS CORPORATION and Others.— Motion granted.   Memorandum per curiam. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of the Application of DAVIES J. MARSHALL, Respondent, for a Writ of Certiorari Commanding GEORGE E. GREEN and Another, Appellants, to Certify and Return to the Supreme Court, etc.— Order affirmed, with ten dollars costs and disbursements, on opinion of Shearn, J., at Special Term (Reported in 97 Misc. Rep. 492).   Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.